Eric W. Moran, Esq.
Theodora McCormick, Esq.
Lauren B. Cooper, Esq.
**EPSTEIN BECKER & GREEN, P.C.**
875 Third Avenue
New York, New York 10022
(212) 351-4500 (phone)
(212) 878-8600 (fax)

150 College Road West, Suite 301
Princeton, New Jersey 08540
(609) 455-1540 (phone)
(609) 228-5318 (fax)

*Attorneys for Defendant*
*Bank of Hope*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUK JOON RYU, a/k/a James S. Ryu, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF HOPE, <br><br> Defendant. | Civil Action No.: 2:19-18998 (KM) (JBC) <br><br> *Document Electronically Filed* <br><br> **NOTICE OF CONSOLIDATED MOTION TO SEAL** <br><br> **Motion Day: March 2, 2020** |

**PLEASE TAKE NOTICE** that, on March 2, 2020, at 9:00 a.m., or on such other date and time set by the court, Defendant Bank of Hope, by and through their attorneys, Epstein Becker & Green, P.C., will move before this Court for an Order sealing portions of the Brief, Certification of Counsel, and Exhibits submitted in

support of Defendant's Motion pursuant to Fed. R. Civ. P. 12(b)(6), dismissing Count I of Plaintiff's Complaint with prejudice; and

**PLEASE TAKE FURTHER NOTICE** that Defendant Bank of Hope will rely on the supporting Certification of Eric W. Moran, Esq. and Appendix thereto, as well as all other pleadings on file.

**PLEASE TAKE FURTHER NOTICE** that redacted versions of the Brief, Certification of Counsel, and Exhibits that are the subject of the Motion to Seal have already been filed with this Court pursuant to L. Civ. R. 5.3(c)(4).

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Findings of Fact, Conclusions of Law, and Order is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a Certificate of Service attesting to the date and manner of service is submitted herewith.

s/ Eric W. Moran
Eric W. Moran, Esquire

Dated: January 28, 2020