Eric W. Moran, Esq.
Theodora McCormick, Esq.
Lauren B. Cooper, Esq.
**EPSTEIN BECKER & GREEN, P.C.**
875 Third Avenue
New York, New York 10022
(212) 351-4500 (phone)
(212) 878-8600 (fax)

150 College Road West, Suite 301
Princeton, New Jersey 08540
(609) 455-1540 (phone)
(609) 228-5318 (fax)

*Attorneys for Defendant*
*Bank of Hope*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUK JOON RYU, a/k/a James S. Ryu,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF HOPE,<br><br>Defendant. | Civil Action No.: 2:19-18998 (KM) (JBC)<br><br>*Document Electronically Filed*<br><br>**DECLARATION OF**<br>**ERIC W. MORAN, ESQ.**<br><br>██████████████ |

I, Eric W. Moran, Esquire, hereby declare as follows:

1.      I am an attorney-at-law of the State of New Jersey and a Member of

the Firm of Epstein Becker & Green, P.C., attorneys for Defendant Bank of Hope

1

in this matter. I make this Declaration in support of Defendant's Motion for

Summary Judgment on Count I of the Complaint.

2.      I have firsthand knowledge of the facts set forth in this Declaration.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of the August

8, 2007 Offer of Employment to Miye "Karen" Chon.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of the January

22, 2014 Email from Bo Young Lee.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of the January

23, 2014 Memorandum prepared by Alicia Lee.

6.      Attached hereto as **Exhibit 4** is a true and correct copy of the

February 10, 2014 FBI Report of the Interview with Karen Chon on February 7,

2014.

7.      Attached hereto as **Exhibit 5** is a true and correct copy of the "Ryu

and Chon Meeting transcription" bates numbered JR000517 through JR000524.

8.      Attached hereto as **Exhibit 6** is a true and correct copy of the

February 14, 2014 Handwritten Notes prepared by Lisa Pai.

9.      Attached hereto as **Exhibit 7** is a true and correct copy of the

February 25, 2014 Investigation Narrative prepared by Orest Hamersky.

10.     Attached hereto as **Exhibit 8** is a true and correct copy of the

Complaint filed by Wilshire Bank in the District of New Jersey, under Docket

Number 2:14-cv-01770 (the "Embezzlement Action").

11.     Attached hereto as **Exhibit 9** is a true and correct copy of the March

20, 2014 FBI Report of the Interview with Karen Chon on February 11, 2014.

12.     Attached hereto as **Exhibit 10** is a true and correct copy of the March

28, 2014 Investigation Narrative prepared by Orest Hamersky.

13.     Attached hereto as **Exhibit 11** is a true and correct copy of the June

23, 2016 Deposition of Karen Chon.

14.     Attached hereto as **Exhibit 12** is a true and correct copy of the

October 13, 2016 Deposition of Bo Young Lee.

15.     Attached hereto as **Exhibit 13** is a true and correct copy of the July

13, 2017 Deposition of Lisa Pai.

16.     Attached hereto as **Exhibit 14** is a true and correct copy of the August

18, 2017 Deposition of Lisa Pai.

17.     Attached hereto as **Exhibit 15** is a true and correct copy of the

September 29, 2017 Deposition of Alicia Lee.

18.     Attached hereto as **Exhibit 16** is a true and correct copy of the

December 17, 2017 Deposition of Frank Gleeson.

19.    Attached hereto as **Exhibit 17** is a true and correct copy of the

February 15, 2018 Deposition of Orest Hamersky.

20.    Attached hereto as **Exhibit 18** is a true and correct copy of the March

14, 2018 Deposition of Karen Chon.

21.    Attached hereto as **Exhibit 19** is a true and correct copy of the April

26, 2018 Order and Opinion of Judge Rakoff in the "Advancement Action" filed in

the Southern District of New York, under Docket Number 1:18-cv-01236.

22.    Attached hereto as **Exhibit 20** is a true and correct copy of the June

14, 2018 Deposition of James Ryu

23.    Attached hereto as **Exhibit 21** is a true and correct copy of the

November 9, 2018 Memorandum of Law in support of James Ryu's Motion for

Summary Judgment in the Embezzlement Action.

24.    Attached hereto as **Exhibit 22** is a true and correct copy of the March

12, 2019 Order Denying Summary Judgment in Embezzlement Action.

25.    Attached hereto as **Exhibit 23** is a true and correct copy of the March

21, 2019 Declaration of Lisa Pai, Esq.

26.    Attached hereto as **Exhibit 24** is a true and correct copy of the March

22, 2019 Memorandum of Law filed in Support of Wilshire Bank's Motion to

Voluntarily Dismiss the Embezzlement Action.

27.     Attached hereto as **Exhibit 25** is a true and correct copy of the April

10, 2019 Order Granting Wilshire Bank's Motion to Voluntarily Dismiss the

Embezzlement Action.

I hereby declare that the foregoing statements made by me are true. I am aware

that if any of the statements made by me are knowingly false, I may be subject to

punishment.


                                                    /s/ ERIC W. MORAN
Dated: August 28, 2020                              Eric W. Moran, Esq.


5