Eric W. Moran, Esq.
Theodora McCormick, Esq.
Lauren B. Cooper, Esq.
**EPSTEIN BECKER & GREEN, P.C.**
875 Third Avenue
New York, New York 10022
(212) 351-4500 (phone)
(212) 878-8600 (fax)

150 College Road West, Suite 301
Princeton, New Jersey 08540
(609) 455-1540 (phone)
(609) 228-5318 (fax)

*Attorneys for Defendant*
*Bank of Hope*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUK JOON RYU, a/k/a James S. Ryu, | Civil Action No.: 2:19-18998 (KM) (JBC) |
| Plaintiff, | *Document Electronically Filed* |
| v. | **CERTIFICATION OF** |
| BANK OF HOPE, | **ERIC W. MORAN, ESQ.** |
| Defendant. | |

I, Eric W. Moran, Esquire, hereby certify as follows:

1.      I am an attorney-at-law of the State of New Jersey and a Member of

the Firm of Epstein Becker & Green, P.C., attorneys for Defendant Bank of Hope

("Bank") in this matter. I make this Certification in opposition to Plaintiff Suk Joon Ryu's ("Ryu") motion for sanctions under Rule 11.

2.      Attached hereto as **Exhibit A** is a true and correct copy of the September 3, 2020 Email Conversation between counsel for Defendant and Counsel for Plaintiff, concluding in an email sent at 7:14 pm.

3.      Attached hereto as **Exhibit B** is a true and correct copy of the September 3, 2020 Email Conversation between counsel for Defendant and Counsel for Plaintiff, concluding with an email sent at 7:15 pm.

4.      Attached hereto as **Exhibit C** is a true and correct copy of the September 9, 2020 Rule 11 Notice from Plaintiff.

5.      Attached hereto as **Exhibit D** is a true and correct copy of the September 25, 2020 Letter to Plaintiff Counsel.

6.      Attached hereto as **Exhibit E** is a true and correct copy of the October 9, 2020 Letter to Plaintiff Counsel.

7.      Attached hereto as **Exhibit F** is a true and correct copy of the October 21, 2020 Letter from Plaintiff Counsel.

8.      Attached hereto as **Exhibit G** is a true and correct copy of the excerpted transcript of the July 13, 2017 Deposition of Lisa Pai, with highlighting.

9.      Attached hereto as **Exhibit H** is a true and correct copy of the excerpted transcript of the August 18, 2017 Deposition of Lisa Pai, with highlighting.

10.      Attached hereto as **Exhibit I** is a true and correct copy of the transcript, produced by Plaintiff as JR000517-24, of a February 13, 2014 conversation between Plaintiff and Karen Chon at a diner. The transcript was filed by Plaintiff's counsel as an exhibit to the October 2, 2020 Declaration of James Ryu (ECF No. 56).

11.      Attached hereto as **Exhibit J** is a true and correct copy of the excerpted transcript of the June 14, 2018 Deposition of James Ryu, with highlighting.

12.      Attached hereto as **Exhibit K** is a true and correct copy of "Ryu 43," a January 30, 2014 email enclosing a news article.

13.      Attached hereto as **Exhibit L** is a true and correct copy of the excerpted transcript of the June 23, 2016 Deposition of Karen Chon, with highlighting.

I hereby certify that the foregoing statements made by me are true to the best of my knowledge. I am aware that if any of the statements made by me are knowingly false, I may be subject to punishment.

By:   /s/ ERIC W. MORAN
                Eric W. Moran, Esquire

Date: December 11, 2020