Eric W. Moran, Esq.
Theodora McCormick, Esq.
Lauren B. Cooper, Esq.
**EPSTEIN BECKER & GREEN, P.C.**
875 Third Avenue
New York, New York 10022
(212) 351-4500 (phone)
(212) 878-8600 (fax)

150 College Road West, Suite 301
Princeton, New Jersey 08540
(609) 455-1540 (phone)
(609) 228-5318 (fax)

*Attorneys for Defendant*
*Bank of Hope*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUK JOON RYU, a/k/a James S. Ryu,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF HOPE,<br><br>Defendant. | Civil Action No.: 2:19-18998 (KM) (JBC)<br><br>*Document Electronically Filed*<br><br>**NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FED. R. CIV. P. 12(c) OR, ALTERNATIVELY, TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1)**<br><br>**Motion Day: July 6, 2021** |

To:  Stephen G. Harvey, Esq.
    Steve Harvey Law LLC
    1880 John F. Kennedy Blvd.
    Suite 1715
    Philadelphia, PA 19103

**PLEASE TAKE NOTICE** that, on July 6, 2021, at 9:00 a.m., or on such other date and time set by the court, Defendant Bank of Hope, by and through their attorneys, Epstein Becker & Green, P.C., will move before this Court for Judgment on the Pleadings pursuant to Fed. R. Civ. P. 12(c), or, alternatively, to dismiss for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1); and

**PLEASE TAKE FURTHER NOTICE** that Defendant Bank of Hope will rely on its supporting Memorandum of Law and Certification of Eric W. Moran, Esq., and accompanying exhibits submitted herewith, as well as all other pleadings and authentic documents on file in this matter and in *Bank of Hope v. Chon*, Civ. A. No. 14-1770 (KM) (JSA).

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted.

**PLEASE TAKE FURTHER NOTICE** that Defendant Bank of Hope respectfully requests oral argument.

                 s/ Eric W. Moran
                 Eric W. Moran, Esquire

Dated: May 14, 2021