Eric W. Moran, Esq.
Theodora McCormick, Esq.
Lauren B. Cooper, Esq.
**EPSTEIN BECKER & GREEN, P.C.**
875 Third Avenue
New York, New York 10022
(212) 351-4500 (phone)
(212) 878-8600 (fax)

150 College Road West, Suite 301
Princeton, New Jersey 08540
(609) 455-1540 (phone)
(609) 228-5318 (fax)

*Attorneys for Defendant*
*Bank of Hope*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUK JOON RYU, a/k/a James S. Ryu,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF HOPE,<br><br>Defendant. | Civil Action No.: 2:19-18998 (KM) (JBC)<br><br>*Document Electronically Filed*<br><br>**ORDER** |

This matter having come before the Court upon the application of Epstein Becker & Green, P.C., attorneys for Defendant/Counterclaimant Bank of Hope ("Defendant"), on notice to Stephen G. Harvey, Esq., attorneys for Plaintiff/Counterclaim Defendant Suk Joon Ryu a/k/a James S. Ryu ("Plaintiff"),

1

by way of a motion for judgment on the pleadings in Defendant's favor pursuant to Fed. R. Civ. P. 12(c), or, alternatively, to dismiss for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1), and the Court having considered the arguments and submissions of counsel, and for good cause shown;

**IT IS** on this ___ day of _____ 2021;

[*Alternative No.1*]

**ORDERED** that Defendant's motion for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c) is **GRANTED**; and it is further

**ORDERED** that Count II of Plaintiff's Complaint is dismissed with prejudice.

[*Alternative No. 2*]

**ORDERED** that Defendant's motion to dismiss Plaintiff's remaining Count II for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1) is **GRANTED**; and it is further

**ORDERED** that Count II of Plaintiff's Complaint is dismissed.

_____
Hon. Kevin McNulty, U.S.D.J.