# EXHIBIT 3

## (Entire Exhibit Under Seal)