# EXHIBIT 13

# Maximilian D. Cadmus

| | |
|---|---|
| **From:** | Steve Harvey <steve@steveharveylaw.com> |
| **Sent:** | Tuesday, May 11, 2021 4:54 PM |
| **To:** | Eric W. Moran |
| **Cc:** | Mike Gehring; Theodora McCormick; Shana Fallon |
| **Subject:** | RE: Ryu v. Bank of Hope |

**\*\*\* EXTERNAL EMAIL \*\*\***

Dear Eric:

I cannot recall my exact words, but the sentiment was that if Count II is going to be tied up in the trial court for a long time and Plaintiff cannot get a Rule 54(b) judgment he may have no choice but to drop Count II so he can take Count I to the Court of Appeals without waiting years.

We still have the right to appeal to the District Judge on the Rule 54(b) issue and Plaintiff is not prepared to make a decision on that at this time.

However, I have given further thought to Plaintiff's request for punitive damages on Count II. The request was primarily based on Count I. While there is an argument for the request, because the settlement grew out of the bank depositor relationship, I have decided it is not worth pursuing. Thus, the Plaintiff has decided not to pursue punitive damages on Count II. This should simplify your briefing.

Plaintiff's decision not to pursue punitive damages on Count II should have no effect on any of his other claims or positions.

Please let me know if you have any questions or wish to discuss.

Thank you.

Stephen G. Harvey
**Steve Harvey Law LLC**
1880 John F. Kennedy Blvd.
Suite 1715
Philadelphia, PA 19103
215.438.6600
[vCard](#)

The information contained in this email message is intended only for use of the intended recipient. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender and destroy the original message. The information contained in this communication may be confidential and may be subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages in the future, then please respond to the sender to this effect. Thank you.

**From:** Eric W. Moran <EMoran@ebglaw.com>
**Sent:** Tuesday, May 11, 2021 1:33 PM
**To:** Steve Harvey <steve@steveharveylaw.com>
**Cc:** Mike Gehring <mike@steveharveylaw.com>; Theodora McCormick <TMcCormick@ebglaw.com>
**Subject:** Ryu v. Bank of Hope

> This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Steve,

We are preparing a motion consistent with that set forth in my April 21 letter and discussed on our May 6 teleconference with Judge Clark. As we have maintained throughout this case, however, we wish to avoid the time and cost of unnecessary motion practice. In that vein, you mentioned during the May 6 teleconference the possibility that Mr. Ryu might voluntarily dismiss Count II. It would be expensive and extremely wasteful for my client and the Court to prepare and file this motion only to have Mr. Ryu later voluntarily dismiss his remaining claim. Would you please confirm immediately whether or not he will be doing so, as our deadline for filing the motion is May 14?

Thanks,

Eric



**Eric W. Moran** | Bio
t 212.351.4510 | m 908.770.0355 | f 212.878.8600
EMoran@ebglaw.com

875 Third Avenue | New York, NY 10022
t 212.351.4500 | www.ebglaw.com

*Think Green. Please consider the environment before you print this message. Thank you.*

CONFIDENTIALITY NOTE: This communication is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this communication or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this communication in error, please call the Help Desk of Epstein Becker & Green, P.C. at (212) 351-4701 and destroy the original message and all copies. Pursuant to the CAN-SPAM Act this communication may be considered an advertisement or solicitation. If you would prefer not to receive future marketing and promotional mailings, please submit your request via email to ebgus@ebglaw.com or via postal mail to Epstein Becker & Green, P.C. Attn: Marketing Department, 875 Third Avenue, New York, NY 10022. Be sure to include your email address if submitting your request via postal mail.