IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SUK JOON RYU, a/k/a James S. Ryu,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**BANK OF HOPE, as successor to Wilshire Bank,**<br><br>    **Defendant.** | **CASE NO. 2:19-18998 (KM)(JBC)** |

**NOTICE OF MOTION FOR PLAINTIFF'S APPEAL OF MAGISTRATE JUDGE'S ORDERS OF NOVEMBER 23, 2021, SEALING MATERIALS THAT DO NOT MEET THE CONTROLLING STANDARD FOR <u>KEEPING THEM FROM THE PUBLIC</u>**

TO:  Eric W. Moran, Esq.
Theodora McCormick, Esq.
Lauren B. Cooper, Esq.
EPSTEIN BECKER & GREEN, P.C.
875 Third Avenue
New York, NY 10022

*Attorneys for Defendant, Bank of Hope,
as successor to Wilshire Bank*

**PLEASE TAKE NOTICE** that on January 3, 2022, Plaintiff Suk Joon Ryu, a/k/a James S. Ryu ("Ryu"), shall move before the United States District Court for the District of New Jersey for an order vacating Magistrate Judge James B. Clark, III's Orders of November 23, 2021 (ECF 120 and 122).

**PLEASE TAKE FURTHER NOTICE** that in support of said motion, Ryu shall rely on the enclosed Brief in Support of Plaintiff's Appeal of Magistrate Judge's

Orders of November 23, 2021, Sealing Materials That Do Not Meet the Controlling Standard for Keeping Them From the Public.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order is submitted with this Notice of Motion.

          Respectfully submitted,

          **STEVE HARVEY LAW LLC**

          By: /s/ Stephen G. Harvey
               Stephen G. Harvey
               Michael E. Gehring*
               1880 John F. Kennedy Blvd.
               Suite 1715
               Philadelphia, PA 19013
               (215) 438-6600
               steve@steveharveylaw.com
               mike@steveharveylaw.com

          *Attorneys for Plaintiff, Suk Joon Ryu, a/k/a James S. Ryu*

          **Admitted pro hac vice*

Dated: December 7, 2021

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2021, I served the foregoing Notice of Motion For Plaintiff's Appeal of Magistrate Judge's Orders Of November 23, 2021 Sealing Materials That Do Not Meet The Controlling Standard For Keeping Them From The Public and supporting Brief on the counsel below via ECF and email.

> Eric W. Moran, Esq.
> Theodora McCormick, Esq.
> Lauren B. Cooper, Esq.
> EPSTEIN BECKER & GREEN, P.C.
> 875 Third Avenue
> New York, NY 10022
> emoran@ebglaw.com
> tmccormick@ebglaw.com
> lcooper@ebglaw.com
>
> *Attorneys for Defendant, Bank of Hope, as successor to Wilshire Bank*

s/ Stephen G. Harvey
Stephen G. Harvey
