# EXHIBIT 3

## David Dzara

| | |
|---|---|
| **From:** | Alicia Lee |
| **Sent:** | Thursday, January 23, 2014 9:28 PM |
| **To:** | Elaine Jeon |
| **Subject:** | BA memo.doc |
| **Attachments:** | BA memo.doc |



1

                                    **MEMORANDUM**

Date      :  January 23, 2014
To        :  Elaine Jeon, SVP & Chief Operations Administrator
From      :  Alicia Lee, FVP & Operations Administration Manager
Subject   :  BA unauthorized CD withdrawal Incident

This afternoon after my arrival at South Palisades Park Branch, at around 12:10 PM, Irene Lee, Bo Young Lee and I had a meeting with Karen Chon, former BA employee that had been involved in the unauthorized withdrawals of funds from customers CD.

The details of the interview will be submitted separately, but to summarize today interview, Karen Chon, confessed that the unauthorized transactions were her wrongdoing and that the funds were delivered to James Ryu, BA COA.

The initial contact was made by Mr. Ryu who had asked Karen for personal loan, to which she responded no, but he had asked her if there was any way that we could facilitate $10,000.

Since then she had provided Mr. Ryu with cash whenever he had asked for it and he had always made contact with her through company phone and never over her personal home or cell phone number.

The deliveries of the funds were always in cash according to Karen Chon and that either it was delivered personal by her or Mr. Ryu would stop by at her branch to pick it up.

As per Karen statement Mr. Ryu mentioned to her that he would "compensate" her for her "help"

Her recollection of the accounts affected where ▇▇▇▇▇▇▇▇, ▇▇▇▇▇▇▇, ▇▇▇▇▇, & ▇▇ ▇▇▇▇▇ which she approximates at around $1MM.

During the interview we have uncovered that Karen Chon has taken funds from customer CD's for her husband business use. She admitted forging her husband signature as well as EunChul Paek's signature to issue checks from her husband's business account.

We have detected unusual transactions dating back to 2010. Transactions total from 2010 to 2013 has added up to $3MM but we still need to verify the amount. Transactions for 2013 only amounts to $1.9MM

The exact amount hasn't been verified yet but we are suspecting that is at least $1.9MM.