# EXHIBIT 18

Page 137

```
          UNITED STATES DISTRICT COURT
             DISTRICT OF NEW JERSEY
- - - - - - - - - - - - - - - - - - - -x
                                        :Case No.
BANK OF HOPE, as Successor to           :2:14-CV-01770-
Wilshire Bank,                          :JLL-JAD
                                        :
                        Plaintiff,      :
                                        :
          - v. -                        :
                                        :
MIYE CHON, a/k/a KAREN CHON; SUK        :
JOON RYU, a/k/a James S. Ryu; TAE       :
JONG KIM; BERGENFIELD BAGEL & CAFE,     :
INC., d/b/a Cafe Clair; MAYWOOD         :
BAGEL, INC.; UB'S PIZZA & BAGEL,        :
INC.; and UBK BAGELS CORP., d/b/a       :
Franklin Bagels & Cafe,                 :
                                        :
                        Defendants,     :
- - - - - - - - - - - - - - - - - - - -x
SUK JOCN RYU, a/k/a James S. Ryu,       : CONTINUED
                                        : DEPOSITION
          Counterclaim Plaintiff,       : OF MIYE CHON
                                        :
          - v. -                        : Danbury, CT
                                        :
BANK OF HOPE, as Successor to           : Wednesday,
Wilshire Bank,                          : March 14, 2018
                                        :
          Counterclaim Defendant.       :
- - - - - - - - - - - - - - - - - - - -x
SUK JOCN RYU, a/k/a James S. Ryu,       :
                                        :
          Third-Party-Counterclaim      :
               Plaintiff,               :
                                        :
          - v. -                        :
                                        :
KWON HO JUNG, JAE WHAN YOO, STEVEN      :
S. HOH and LISA PAI,                    :
                                        :
          Third-Party-Counterclaim      : Reported by:
               Defendants.              : Joseph V. Connolly
- - - - - - - - - - - - - - - - - - - -x
          (Continued)
                                          Job No.  138181
```

Page 138

```
------------------x
SUK JOCN RYU, a/k/a James S. Ryu,     :
                                      :
        Cross-Claim Plaintiff,        :
                                      :
        - v. -                        :
                                      :
MIYE CHON, a/k/a Karen Chon; TAE      :
JONG KIM; BERGENFIELD BAGEL & CAFE,   :
INC., d/b/a Cafe Clair; MAYWOOD       :
BAGEL, INC.; UB'S PIZZA & BAGEL,      :
INC.; UB'S BAGEL & CAFE, INC.; and    :
UBK BAGELS CORP., d/b/a Franklin      :
Bagels & Cafe,                        :
                                      :
        Cross-Claim Defendants.       :
------------------x
```

C O N T I N U E D
DEPOSITION OF MIYE CHON
Danbury, Connecticut
Wednesday, March 14, 2018

Reported by:
Joseph V. Connolly
Job No. 138181

Page 139

March 14, 2018
12:14 p.m.

CONTINUED DEPOSITION OF MIYE CHON, held at the Danbury Federal Correctional Institution, 33 1/2 Pembroke Road, Pembroke Station, Danbury, Connecticut, 06811, recorded and transcribed by Joseph V. Connolly, a Reporter and Notary Public.

Page 140

A P P E A R A N C E S :

STEVE HARVEY LAW
   Attorneys for Suk Joon Ryu
      1880 John F. Kennedy Boulevard
      Philadelphia, Pennsylvania  19103
BY:  STEPHEN HARVEY, ESQ.


MATTHEW JEON
   Attorneys for Deponent
      2400 Lemoine Avenue
      Fort Lee, New Jersey  07024
BY:  MATTHEW JEON, ESQ.


LEE ANAV CHUNG WHITE KIM RUGER & RICHTER
   Attorneys for Bank of Hope
      99 Madison Avenue
      New York, New York  10016
BY:  MICHAEL YI, ESQ.

Page 141

STIPULATION

   IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the respective parties herein, that filing and sealing be and the same are hereby waived.


   IT IS FURTHER STIPULATED AND AGREED that all objections, except as to the form of the questions, shall be reserved to the time of the trial.


   IT IS FURTHER STIPULATED AND AGREED that the within deposition may be sworn to and signed before any officer authorized to administer an oath, with the same force and effect as if signed to before the Court, this examination shall be and the same hereby waived.

2 (Pages 138 to 141)

...

...

Page 142

M. CHON

1
2      (Time noted: 12:14 p.m.)
3      (Ryu Exhibit 85, Court
4  Transcript, so marked for
5  identification, as of this date.)
6      (Ryu Exhibit 86, FBI Record of
7  Alicia Lee, so marked for
8  identification, as of this date.)
9      (Ryu Exhibit 87, FBI Record of
10 Jin Hee Libene, so marked for
11 identification, as of this date.)
12     (Ryu Exhibit 88, FBI Record of
13 Miye Chon, a/k/a Karen Chon, so marked
14 for identification, as of this date.)
15     (Ryu Exhibit 89, FBI Record of
16 Karen Chon, so marked for
17 identification, as of this date.)
18     (Ryu Exhibit 90, Transcript of
19 Federal Probation (USA -v- Miye Chon),
20 so marked for identification, as of this
21 date.)
22     (Ryu Exhibit 91, USDC Consent
23 Order, so marked for identification, as
24 of this date.)
25     (Ryu Exhibit 92, East Fort Lee

Page 143

M. CHON

1
2  Investigation - Loss Summary, so marked
3  for identification, as of this date.)
4      (Ryu Exhibit 93, Cash Deposits &
5  Loan Payments, 3/10/11-31/10/14, so
6  marked for identification, as of this
7  date.)
8  H O N G   P I L   K I M,
9      a Certified Interpreter, was duly sworn
10     by a Notary Public to translate English
11     into Korean and Korean into English on
12     behalf of the Deponent and Counsel.
13 M I Y E   C H O H,
14     a named Defendant herein, having been
15     called to testify by the Defendant Ryu,
16     pursuant to Notice, was duly sworn by a
17     Notary Public and testified under oath,
18     through an Interpreter, as follows:
19 EXAMINATION
20 BY MR. HARVEY:
21     Q.   We're here for the continuation
22 of your deposition in this case.
23          You understand that; right?
24     A.   Yes.
25     Q.   And, as you recall, we started

Page 144

M. CHON

1
2  the deposition or we began to depose you in
3  June, of 2016?
4      A.   Yes.
5      Q.   And before you, in front of you
6  on the table, is Ryu Exhibit 85, which is a
7  copy of the transcript of your deposition
8  from June 23, 2016.
9          (Handed to the witness.)
10     Q.   Do you see that exhibit in front
11 of you?
12         (Witness reviews the exhibit.)
13     A.   Yes.
14     Q.   Have you read that?
15     A.   No.
16     Q.   Have you had occasion to think
17 about the testimony that you gave in June, on
18 June 23, 2016?
19     A.   No.
20     Q.   Do you know if the testimony that
21 you gave on June 23, 2016 was truthful and
22 accurate?
23     A.   Yes.
24     Q.   And, to the best of your belief,
25 it was truthful and accurate; is that

Page 145

M. CHON

1
2  correct?
3      A.   Yes.
4      Q.   Do you recall attending a
5  Sentencing Hearing before Judge Walls, in
6  Federal Court in New Jersey, on October 25th,
7  of 2016?
8      A.   Yes.
9      Q.   And do you recall that you made a
10 statement to the Court on that occasion?
11     A.   What I said?
12     Q.   Yes.
13     A.   Yes.
14     Q.   And do you --
15     A.   But right now, I'm not sure
16 exactly what I said.
17     Q.   All right.  Do you recall, as
18 well, that your attorney spoke to the Judge
19 that day?
20     A.   I'm not exactly sure.
21     Q.   Okay.  In front of you, what has
22 been marked has Ryu Exhibit 90, is a copy of
23 the transcript of the hearing, the Sentencing
24 Hearing, on June -- excuse me -- October 25,
25 2016.

Page 146

1         M. CHON
2         (Witness reviews the exhibit.)
3     A.   Yes.
4     Q.   And I'd like you to pick that up
5  and I want to ask you some questions about a
6  statement that's on page 7 of that Exhibit
7  No. 90.
8         (Witness reviews the exhibit.)
9     A.   What was the page number?
10    Q.   Page 7.
11        MR. YI:  It's double-sided.
12        MR. HARVEY:  (Indicating).
13    Q.   Now I would like you to actually
14 begin reading, on page -- you can start
15 however far back you need, 5 or 6 -- but I
16 wanted to ask you about this statement that's
17 highlighted on the top of the page 7.
18    A.   Right now, do you want me to read
19 it?
20    Q.   Yes, please.
21        (Witness reviews the exhibit.)
22        MR. JEON:  Just for the record,
23    she's using an Interpreter.
24        I think the question is:  Are you
25    able to read it in English and

Page 147

1         M. CHON
2  understand it?
3     A.   If you can translate?
4         MR. HARVEY:  Then I'll ask you a
5  couple of questions.
6     Q.   Do you speak English?
7     A.   Not good.
8     Q.   Do you read English?
9     A.   Yes.
10    Q.   And do you understand English?
11 Apart from speaking English, do you
12 understand it?
13    A.   My understanding is not prefect.
14    Q.   Are you capable of reading that
15 English or do you need the interpreter to
16 translate it?
17        MR. YI:  Objection to form.
18        (Witness reviews the exhibit.)
19    A.   If you can translate?
20    Q.   The question is:  Are you capable
21 of reading it in English and understanding
22 it?
23        (Witness reviews the exhibit.)
24    A.   I can read.  I can read.
25    Q.   Well, do you see, on page 7 of

Page 148

1         M. CHON
2  that transcript --
3         MR. HARVEY:  And You can
4     translate my words into Korean,
5     obviously.
6     Q.   -- that it says there, this is
7  your counsel, Mr. Jeon speaking, quote, "Now,
8  when she began to take these funds out, her
9  immediate supervisor, Mr. Ryu, found out what
10 was going on, confronted her and said, 'I
11 need the same funds,' and began to pressure
12 here to remove funds on his behalf.  And she
13 did so because there's --  we can explain the
14 650,000.  She's able to explain that amount.
15 But she can't explain the balance."
16        Do you see that, those words
17 there?
18        (Witness reviews the exhibit.)
19    A.   Yes.
20    Q.   And do you understand them, based
21 on the translation from your Translator?
22        MR. YI:  Objection to form.
23    A.   Yes.
24        MR. YI:  I think it's an
25    interpretation, by the way.

Page 149

1         M. CHON
2         When we're talking about
3     "translation," we're talking about an
4     interpretation.  There's nothing written
5     here.
6     Q.   And do you recall your attorney
7  saying that, at the hearing before Judge
8  Walls, in October?
9     A.   I don't recall.
10    Q.   Well, do you recall that you were
11 able to explain 650,000 of the missing,
12 approximately, $1.4 million?
13    A.   I don't recall.
14    Q.   Well, sitting here today, you
15 know that -- do you know the total amount of
16 funds that you took from accounts at Bank
17 Asiana?
18    A.   No.  I don't recall.
19    Q.   Do you know that you agreed to a
20 Forfeiture Order of approximately $1.4
21 million?
22    A.   I don't recall.
23    Q.   Do you recall that the amount
24 that you took was in excess of $1,000,000.00
25    A.   I don't recall.

## Page 150

M. CHON

Q. Do you recall, at your prior deposition, that you told Mr. Yi, in response to his questions, that the amount taken by you was, approximately, $500,000.00 and that you gave, approximately, $700,000.00 to James Ryu?

A. I don't recall.

MR. YI: Approximately.

THE WITNESS: I don't recall.

Q. Do you recall that -- I'll withdraw that question.

Do you recall that at your prior deposition you testified about the meeting, your first conversation with James Ryu, in which he, supposedly, told you that he had found out about certain transactions that you had committed?

A. I don't recall.

Q. Okay. Do you remember that -- would you tell us the first time that James Ryu talked to you about your stealing of money from Bank Asiana?

A. I don't recall.

Q. Did James Ryu ever talk to you

## Page 151

M. CHON
about taking money or borrowing money from Bank Asiana through you?

A. I don't recall.

Q. Do you recall that you, in fact, did embezzle funds from Bank Asiana?

A. I recall I was forced to do it.

Q. Who "forced" you to do?

A. James Ryu.

Q. When did he force you to do it?

A. I don't recall.

Q. How did he force you to do it?

A. I don't recall.

Q. When did he force you to do it?

A. I don't recall.

Q. Do you recall any information, whatsoever, about how James Ryu supposedly forced you to embezzle funds from Bank Asiana?

A. Right now, I cannot recall anything.

Q. But you can recall that you embezzled funds; right?

A. I recall I was forced to.

Q. Okay. But you can't recall

## Page 152

M. CHON
anything about how you were forced to; is that right?

A. I don't recall.

Q. Okay. And so, let's put aside how you were forced to.

Do you recall how you embezzled funds from Bank Asiana?

A. I don't recall.

Q. Do you recall that you embezzled funds from the account of someone who was a business colleague of your husband?

A. I don't recall.

Q. Do you recall that you borrowed -- that you embezzled funds from -- withdrawn.

Do you remember that you embezzled funds from the account of someone named Eunchul Paek; that's E-U-N-C-H-U-L, Paek, P-A-E-K?

A. I don't recall.

Q. Do you recall that you embezzled funds from the account of someone named Leonard Newman?

A. No, I do not.

## Page 153

M. CHON

Q. Do you recall that you embezzled funds from the someone named Hyo Sim, H-Y-O, S-I-M?

A. I don't recall.

Q. Do you know who Eunchul Paek is?

A. Yes.

Q. Who is Eunchul Paek?

A. That's my husband's friend.

Q. Do you recall embezzling funds from the account of someone named Josephine Lin?

A. I do not, no.

Q. Do you recall embezzling funds from someone named Paul Lin?

A. I do not know.

MR. YI: Just to clarify the record, was there a response that she doesn't recall or that she doesn't know?

MR. INTERPRETER: She said that she doesn't know.

Q. Are you saying you don't know whether you did that or you don't recall doing that?

A. I don't recall.

| | |
|---|---|
| Page 154 | Page 155 |

Page 154

1  M. CHON
2  Q. When you were working at Bank
3  Asiana, you had access total vault without a
4  second Teller being present.
5     Isn't that correct?
6  A. Can you repeat the question?
7  MR. HARVEY: Sure.
8  Q. When you were a Teller at Bank
9  Asiana, you had access to the vault without a
10 second Teller being present.
11    Isn't that true?
12 A. There was always a dual control.
13 Q. But wasn't it the fact that it
14 was possible for you to access the cash vault
15 all by yourself, without a second Teller
16 being present?
17 A. It was always dual control.
18 Q. I understand that "it was always
19 dual control."
20    But did you ever access the vault
21 on your own, despite the rule being that you
22 was required to be dual controlled?
23 A. I do not recall.
24 Q. Please turn to page 27 of the
25 transcript in front of you.

Page 155

1  M. CHON
2  A. (Witness complies).
3  Q. It's the deposition transcript,
4  which is this Deposition Exhibit 85.
5     MR. JEON: What page?
6  Q. Exhibit 85, page 27, lines 17 to
7  20.
8     MR. JEON: All right.
9  A. On this page (indicating)?
10 Q. (Indicating).
11 A. This one?
12 Q. Yes, the line numbers, lines 17
13 through 20.
14    (Witness reviews the exhibit.)
15 Q. Do you see what's stated there on
16 page 27, lines 17 through 20?
17 A. Yes.
18 Q. Do you recall giving that
19 testimony?
20    (Witness reviews the exhibit.)
21 A. I don't recall.
22 Q. Does looking at that help you
23 remember that, in fact, you did have access
24 to your own, despite there being a dual
25 personnel requirement?

Page 156

1  M. CHON
2  A. I don't recall.
3  Q. Who was your supervisor at Bank
4  Asiana when you were working in the vault?
5  A. I just can't recall the name
6  right now.
7  Q. There was a Branch Manager. It
8  was a Branch Manager; right?
9  A. Yes, a Branch Manager.
10 Q. Someone with the last name of
11 Suh, S-u-H?
12 A. That's correct.
13 Q. And is that a man or is that a
14 woman?
15 A. A man.
16 Q. Did that person know that you, at
17 any times, were taking money from Bank Asiana
18 that you weren't supposed to be taking?
19 A. I don't recall.
20 Q. Do you know who someone by the
21 name of Soryo Kim, S-O-R-Y-O, is?
22 A. It's my sister-in-law.
23 Q. And do you remember taking money
24 out of her account?
25 A. I don't recall.

Page 157

1  M. CHON
2  Q. Do you ever have any
3  conversations with her about taking money out
4  of her account?
5  A. I don't recall.
6  Q. Do you remember any
7  conversations, at all, with James Ryu about
8  taking money or anything relating to taking
9  money from Bank Asiana?
10 A. I don't recall.
11 Q. Do you recall ever giving James
12 Ryu any money at Bank Asiana?
13 A. Yes.
14 Q. And what do you recall about
15 that?
16 A. All I recall is I gave the money.
17 Q. How much money did you give to
18 him?
19 A. I don't recall.
20 Q. How many times did you give him
21 money?
22 A. I don't recall.
23 Q. Was there anybody there when you
24 gave him the money?
25 A. I don't recall.

6 (Pages 154 to 157)

TSG Reporting 877-702-9580

Page 158

M. CHON
1
2  Q. Did you tell anybody that you
3  were giving him the money?
4  A. I don't recall.
5  Q. Did your husband know that you
6  were giving him the money?
7  A. My husband has nothing to do with
8  it.
9     I do not know.
10 Q. Why did you give James Ryu the
11 money?
12 A. I don't recall.
13 Q. How many times did you give him
14 the money?
15 A. I don't recall.
16 Q. Where did you get the money from?
17 A. I don't recall.
18 Q. Please turn to page 37 of that
19 transcript that's in front of you.
20 A. (Witness complies).
21 Q. Lines 13 through 17.
22    (Witness reviews the exhibit.)
23 A. Yes.
24 Q. Do you see what's written there
25 at line 13 to 17, of page 37?

Page 159

M. CHON
1
2  A. (No response).
3  Q. Did you understand the question?
4  A. I don't understand what it is.
5  Q. All right. Do you see the words
6  that are written there?
7  A. Yes.
8  Q. Lines 13 through 17?
9  A. Yes.
10 Q. Do you remember giving that
11 testimony?
12    (Witness reviews the exhibit.)
13 A. I don't recall.
14 Q. Do you remember testifying, at
15 your last deposition, that other people knew
16 about the fact that you were making
17 unauthorized withdrawals from the Paek and
18 Kim accounts?
19    (Witness reviews the exhibit.)
20 A. I don't recall.
21 Q. Do you ever remember speaking to
22 James Ryu on the telephone?
23 A. I don't recall.
24 Q. Do you ever recall speaking to
25 him in person?

Page 160

M. CHON
1
2  A. I don't recall.
3  Q. Not even one -- can you not even
4  recall one time about speaking to James Ryu
5  in person?
6  A. I don't recall.
7  Q. Do you remember meeting with
8  Irene Lee and Bo Young on or about January
9  22nd, of 2014?
10 A. Yes.
11 Q. And do you remember why you met
12 with them?
13 A. Yes.
14 Q. And why was that?
15 A. I think I talked about this case.
16 Q. And what did you talk about --
17 what did you tell them about this case?
18 A. I don't recall.
19 Q. And do you remember meeting them
20 the following day, on January 23rd, except
21 this time there was a woman named Alyssa Lee,
22 and she was also present? Do you remember
23 that?
24 A. I don't recall.
25 Q. Do you recall meeting with agents

Page 161

M. CHON
1
2  from the FBI, who came to your house on or
3  about January 30th, of 2014?
4  A. Yes.
5     MR. HARVEY: I'm going to correct
6  that.
7  Q. I believe the date the day of
8  that was February 7th and not January 30th.
9  A. I'm not sure about the date.
10 Q. But you remember the first
11 meeting that you had with FBI Agents?
12 A. Yes.
13 Q. And do you remember that they
14 came to your house?
15 A. Yes.
16 Q. And do you remember admitting to
17 them that you had stolen money from Bank
18 Asiana?
19 A. I don't recall.
20 Q. Do you remember -- withdrawn.
21    I'm going to hand you that has
22 been marked as Deposition Exhibit Ryu 88.
23    (Handed to the witness.)
24 Q. Ms. Chon, this is a document that
25 we obtained from the Government, through your

Page 162

M. CHON

1
2  attorney, Mr. Jeon, with his assistance. It
3  has been marked as Ryu Exhibit 88.
4         (Witness reviews the exhibit.)
5         MR. HARVEY: It appears that it
6    has previously marked as Ryu Exhibit 20.
7    It's the same document.
8    Q.   Have you ever seen this document
9  before?
10   A.   No.
11   Q.   Well, if you look at the second
12 page of this document, there's some
13 highlighted language there.
14        (Witness reviews the exhibit.)
15        MR. HARVEY: I'll read it and the
16   Translator can interpret it.
17   Q.   "Chon immediately admitted that
18 she had acted alone. Chon stated that
19 she had been stealing money from the
20 Bank for approximately 2 to 3 years."
21        (Witness reviews the exhibit.)
22   Q.   Do you see those words?
23   A.   Yes.
24   Q.   And do you remember telling the
25 FBI Agents that?

Page 163

M. CHON

1
2    A.   I don't recall.
3    Q.   Okay. If you would turn to the
4  fourth page of this exhibit, please, this
5  memo (indicating)?
6    A.   (Witness complies).
7    Q.   And if you would look down to the
8  fourth full paragraph, which is highlighted,
9  and it begins with the words "James Ryu was
10 not involved."
11        (Witness reviews the exhibit.)
12   Q.   There's three paragraphs there
13 that begin with the words "James Ryu was not
14 involved."
15        Do you understand the Translator
16 to interpret those paragraphs for you or can
17 you read them yourself?
18        (Witness reviews the exhibit.)
19   A.   I need a translation.
20        (Translated.)
21   Q.   Ms. Chon, the Interpreter has now
22 just read to you, interpreted into Korean,
23 the words, the three paragraphs that begins
24 with the words "James Ryu was not involved,"
25 all the way through to the words "James Ryu

Page 164

M. CHON

1
2  was involved," on pages 4 and 5 of this Ryu
3  Exhibit 88.
4         Did you understand those words?
5    A.   Yes.
6    Q.   And did you -- do you recall
7  saying any of that to the FBI?
8    A.   I don't recall.
9    Q.   You don't recall any part of it;
10 is that correct?
11   A.   I don't recall.
12   Q.   Did James Ryu pressure you into
13 embezzling money?
14   A.   I don't recall.
15   Q.   You just recall that you gave him
16 some money. That's the only thing that you
17 can recall?
18        MR. YI: I would object to the
19   form.
20   A.   All I recall was I was forced to
21 do it.
22   Q.   "Forced to do" what?
23   A.   Excuse me?
24   Q.   "Forced to do" what?
25   A.   Embezzlement.

Page 165

M. CHON

1
2    Q.   And how were you forced to do
3  that?
4    A.   I don't recall.
5    Q.   Let's take a look now back at
6  Exhibit Ryu No. 90.
7         (Handed to the witness.)
8    Q.   And if you would you turn to page
9  11 of that document?
10   A.   (Witness complies).
11   Q.   And do you see -- are you now on
12 page 11?
13   A.   Yes.
14   Q.   Do you see on page 11, at line 8,
15 the Court asks if you want to be heard and
16 then you make a statement, that begins at
17 page 18 and then continues onto the next
18 page, which is page 12, all the way through
19 line 16.
20        Would you take a look at those,
21 which is page 11, line 18, through page 12,
22 line 16. That's a statement that you gave.
23 I want you to read it because I want to ask
24 you some questions about that.
25   A.   Yes.

8 (Pages 162 to 165)

Page 166

1        M. CHON
2        (Witness reviews the exhibit.)
3    Q.   And are you reading that,
4  Ms. Chon?
5    A.   Yes.
6    Q.   Okay.
7        (Witness reviews the exhibit.)
8    Q.   Have you had a chance to read
9  through those words?
10   A.   A chance to read it right now?
11   Q.   Yes.  Did you read those right
12 now?
13   A.   Yes.
14   Q.   And did you understand those
15 words?
16   A.   Could you translate for me
17 (indicating)?
18   Q.   I'd ask you --
19        MR. YI:  I don't want you to use
20   the word "translate" because there's
21   nothing written in Korean.
22        INTERPRETER:  I'm translating it;
23   not interpreting it.
24        MR. YI:  To me "translation" is a
25   written translation of an English

Page 167

1        M. CHON
2   document.
3        We don't have that.
4        INTERPRETER:  Per the
5   Interpreter:  My understanding is
6   "translation" is when you do the written
7   document and then speak the word.
8        MR. YI:  Okay.
9        INTERPRETER:  That's the way I
10  understand it.
11        MR. YI:  Okay.
12        INTERPRETER:  It doesn't matter.
13  I'll use the word.
14        MR. JEON:  For the record, the
15   words "translate" and "interpret" are
16   being simultaneously used and should be
17   held apart.
18   A.   Okay; I'm fine.  I understand.
19   Q.   And so, you've seen the words in
20 English and you understand them; is that
21 right?
22        (Witness reviews the exhibit.)
23   A.   Yes.
24   Q.   And do you remember saying these
25 words?

Page 168

1        M. CHON
2        (Witness reviews the exhibit.)
3    A.   I don't recall.
4    Q.   Do you recall that you gave a
5  statement, that day, to the Court?
6    A.   I don't recall.
7    Q.   So, you don't recall whether you
8  gave this statement here, that's on pages --
9  that we've just looked at -- page 11, line
10 18, through page 12, line 16.  You don't know
11 whether you gave that statement or not.
12       Is that true?
13   A.   I don't recall.
14   Q.   Do you recall if you made any
15 part of this statement?
16       (Witness reviews the exhibit.)
17   A.   I don't recall.
18   Q.   Do you recall that you embezzled
19 all of the funds because of James Ryu or just
20 some of the funds were embezzled because of
21 James Ryu?
22   A.   I don't recall.
23   Q.   Do you recall that you were
24 embezzling funds and then James Ryu caught
25 you?

Page 169

1        M. CHON
2    A.   I don't understand.
3    Q.   Do you recall that James Ryu
4  somehow caught you embezzling funds at Bank
5  Asiana?
6        MR. YI:  Objection to form.
7    A.   That didn't happen.
8    Q.   Did James Ryu find out that you
9  were embezzling funds at Bank Asiana?
10   A.   I think that question is wrong.
11   Q.   Why is the question "wrong"?
12   A.   I embezzled the money because I
13 was forced to.
14   Q.   "Forced to" by James Ryu; is that
15 right?
16   A.   Yes.
17   Q.   And you embezzled all of the
18 funds because you were forced to by James
19 Ryu.
20       Isn't that true?
21        MR. YI:  Objection to the form.
22   A.   I don't recall.
23   Q.   And you don't recall if the
24 amount, the amount you embezzled was, do you
25 remember if the amount you embezzled was more

9 (Pages 166 to 169)

Page 170

1    M. CHON
2    than $10,000.00?
3        A.   Yes.
4        Q.   How much more than 10,000?
5        A.   I don't recall.
6        Q.   Could it have been that you
7    embezzled $50,000.00, in total?
8        A.   I don't recall.
9        Q.   So, it might have been as little
10   as $50,000.00 that you embezzled.  You just
11   don't know?
12       A.   I don't recall.
13       Q.   Did you keep any of the money
14   that you embezzled for yourself?
15       A.   I don't recall.
16       Q.   Did you use any of the money that
17   you embezzled to pay debts of your husband's
18   businesses?
19       A.   I don't recall.
20       Q.   Do you know where the money that
21   you embezzled, where any of that money is
22   today?
23       A.   I don't recall.
24       Q.   Did your husband have some
25   businesses that failed?

Page 171

1    M. CHON
2        A.   Yes.
3        Q.   What were those businesses?
4        A.   What kind of business?
5        Q.   Yes.  What were they?  What were
6    the names of the businesses?
7        A.   I do not know.  I don't recall.
8        Q.   Did you use any of the money that
9    you embezzled to pay any debts?
10       A.   I don't recall.
11       Q.   Do you recall that you had, not
12   one, but two meetings with the FBI?
13       A.   I don't recall.
14       Q.   Do you recall being at a meeting
15   with an Assistant U.S. Attorney by the name
16   of Paul Murphy?
17       A.   Yes.
18       Q.   And do you recall, at that
19   meeting, telling him that James Ryu had --
20   that you had given the money that you
21   embezzled to James Ryu?
22       A.   I don't recall.
23       Q.   Earlier you said that James Ryu
24   did not catch you embezzling.
25            Isn't that right?

Page 172

1    M. CHON
2        A.   I don't understand your question.
3        Q.   Just a few minutes ago I asked
4    you if James Ryu had caught you embezzling
5    and you said James Ryu did not catch you
6    embezzling.
7            MR. JEON:  Objection.
8            I thought she said, "I don't
9        know."
10           MR. HARVEY:  The Witness can
11       answer.
12       A.   I don't recall what I said.
13       Q.   Okay.  Well, did James Ryu catch
14   you embezzling?
15       A.   I don't recall.
16       Q.   Is it possible that James Ryu was
17   involved with the -- in the embezzlement with
18   you from the very beginning?
19           MR. YI:  Objection to the form.
20       A.   Can you repeat the question?
21           MR. HARVEY:  Sure.
22       Q.   Is it possible that James Ryu was
23   involved with you in embezzling funds from
24   Bank Asiana from the moment when you began
25   embezzling funds from Bank Asiana?

Page 173

1    M. CHON
2            MR. YI:  Objection to form.
3        A.   I was forced to do it.
4        Q.   Were you "forced to do it" from
5    the very outset?
6        A.   Yes.
7        Q.   But you don't recall anything
8    about how he forced you to do it; is that
9    correct?
10       A.   I don't recall.
11       Q.   Please take a moment to look at
12   Ryu Exhibit 89, which is not yet in front of
13   you.
14           (Handed to the Witness.)
15           MR. YI:  Off-the-record.
16           (Off-the-record discussion.)
17           MR. HARVEY:  Counsel has just
18       asked for a short break.  We'll take one
19       at this time.
20           MR. YI:  Thank you.
21           (Recess:  1:02 p.m.)
22            *      *      *
23           (Time noted:  1:06 p.m.)
24           MR. HARVEY:  All right; let's
25       continue.

Page 174

1    M. CHON
2        Before I get into that, I'll just
3    get a little background.
4    EXAMINATION
5    BY MR. HARVEY:
6        Q.   A few minutes ago I asked you
7    about a meeting that you had with some FBI
8    Agents, outside your house, when you stepped
9    into their car.
10           Do you remember that?
11           MR. YI:  Objection to the form.
12       A.   The meeting with the FBI?
13       Q.   Yes.
14       A.   Yes.
15       Q.   And you don't recall telling them
16   that you were engaged in embezzlements; or
17   that James Ryu was involved.
18           You don't recall that; is that
19   right?
20           MR. YI:  Objection to form.
21       A.   I don't recall.
22       Q.   Okay.  Can you recall anything
23   about that meeting with the Agents?
24       A.   I don't recall.
25       Q.   And do you remember talking to

Page 175

1    M. CHON
2    the Agents about money that you had, that
3    money was from a "GAE," G-A-E, that you were
4    involved in?
5        MR. YI:  GAE.
6        MR. HARVEY:  GAE.
7        A.   I don't recall.
8        MR. YI:  Can we go
9    off-the-record?
10       (off-the-record discussion.)
11       A.   I don't recall.
12       Q.   Are you familiar with the concept
13   of a "GAE"?
14       A.   Yes.
15       Q.   What is a "GAE"?
16       A.   About "GAE"?
17       Q.   Yes.
18       A.   Well, you're paying the money
19   monthly.
20           I don't know how to explain.
21       Q.   It's an investment, where a group
22   of people get together and exchange money or
23   share money for investment purposes,
24   generally speaking?
25       MR. YI:  Objection.

Page 176

1    M. CHON
2        MR. JEON:  Objection.
3        Is that a question?
4        MR. HARVEY:  Yes.
5        I'm asking her if that's what her
6    understanding is of what that is.
7        A.   No.
8        Q.   Okay.  Have you ever been
9    involved with any GAE's?
10       A.   Yes.
11       Q.   How many times?
12       A.   I don't recall.
13       Q.   More than five?
14       A.   I don't recall.
15       Q.   How about in the years of 2010 to
16   2013, were you involved in any GAE's during
17   that time period?
18       A.   I don't recall.
19       Q.   Do you recall any GAE's that you
20   were involved in, at any point in your life?
21       A.   I don't recall.
22       Q.   Do you recall the names of any
23   people who were involved with you in any
24   GAE's at any point in your life?
25       A.   No, I do not.

Page 177

1    M. CHON
2        MR. JEON:  Excuse me.
3        How are you spelling this; G-U-Y?
4        MR. YI:  G-A-E.
5        (Off-the-record discussion.)
6        Q.   So, do you recall that, after
7    meeting with FBI Agents outside your house,
8    you had a second meeting with the FBI?
9        MR. YI:  Objection to the form.
10       A.   I don't recall.
11       Q.   Do you recall being at a meeting
12   with your attorney, Matthew Jeon, and
13   somebody from, some people from the FBI, as
14   well as from the Department of Justice?
15       MR. JEON:  Objection.
16       As to when?
17       A.   I don't recall.
18       Q.   You don't recall ever being at a
19   meeting with your attorney and any FBI Agents
20   or United States Attorneys; is that correct?
21       A.   I don't recall.
22       Q.   Please take a moment to look at
23   Ryu Exhibit 89, which is in front of you
24   there.
25       (Handed to the witness.)

```
                                              Page 178
                   M. CHON
 1
 2       Q.    I'm going to ask you to now look
 3   at page 2.
 4             (Witness reviews the exhibit.)
 5       Q.    And there's a paragraph, which is
 6   the fourth full paragraph, beginning with the
 7   words "Chon said she lied."
 8             (Witness reviews the exhibit.)
 9       Q.    Do you see that paragraph?
10       A.    Yes.
11       Q.    And have you had a chance to read
12   it?
13             (Witness reviews the exhibit.)
14       A.    Not yet.
15             (Witness reviews the exhibit.)
16       Q.    Have you had a chance to read it
17   now?
18       A.    Yes, I just read it.
19       Q.    Do you remember saying that to
20   the FBI Agents at any point in time?
21             (Witness reviews the exhibit.)
22       A.    I don't recall.
23       Q.    Do you remember anything you ever
24   said to any FBI Agents?
25       A.    I don't recall.
```

```
                                              Page 179
                   M. CHON
 1
 2       Q.    Do you remember that you lied to
 3   the FBI Agents at any point?
 4       A.    I never lied.
 5       Q.    At any point in time you never
 6   lied; is that correct?
 7       A.    I don't recall.
 8       Q.    So, you may have lied or you may
 9   not have lied; you just can't recall.
10             Is that correct?
11       A.    No, I do not recall.
12       Q.    Now, two paragraph down it says,
13   "Chon visited the Caymen Islands, on a family
14   trip, with her husband and child.  No bank
15   accounts were opened and no money was taken
16   to the bank."
17             Do you see those words?
18             (Witness reviews the exhibit.)
19       A.    Yes.
20       Q.    Do you remember ever telling that
21   to any FBI Agents?
22       A.    I don't recall.
23       Q.    Is it true that you visited the
24   Caymen Islands with your husband and child?
25       A.    Yes.
```

```
                                              Page 180
                   M. CHON
 1
 2       Q.    When was that?
 3       A.    I don't recall.
 4       Q.    How long did you stay?
 5       A.    I don't recall.
 6       Q.    Where did you stay?
 7       A.    I don't recall.
 8       Q.    What did you do when you were
 9   there?
10       A.    I don't recall.
11       Q.    Do you recall anything about your
12   trip to the Caymen Islands?
13       A.    It was a vacation.
14       Q.    Do you remember anything else,
15   other than that it was a vacation?  Anything,
16   at all?
17       A.    I don't recall.
18       Q.    Did you visit any banks when you
19   were in the Caymen Islands?
20       A.    No.
21       Q.    Did you visit any lawyers when
22   you were in the Caymen Islands?
23       A.    No.
24       Q.    Did you visit any businesses when
25   you were in the Caymen Islands?
```

```
                                              Page 181
                   M. CHON
 1
 2       A.    No.
 3       Q.    Would you please turn to page 3
 4   of 3 of this Ryu Exhibit 89?
 5       A.    (Witness complies).
 6       Q.    There's a highlighted paragraph
 7   that beings with the words "Tae Kyu Soh."
 8             (Witness reviews the exhibit.)
 9       Q.    Would you please read that
10   paragraph?
11             (Witness reviews the exhibit.)
12       Q.    Have you had a chance to read
13   that?
14       A.    Yes.
15       Q.    Do you remember telling the FBI
16   Agents that the Branch Manager had said that
17   there were problems in the past due to
18   CD-to-CD Transfers?
19             (Witness reviews the exhibit.)
20       A.    I don't recall.
21       Q.    Do you remember telling them that
22   other banking employees could figure out your
23   scheme to embezzle?
24       A.    I don't recall.
25       Q.    Putting aside whether you told
```

Page 182

```
                    M. CHON
 1
 2   that to the FBI or not, do you remember that
 3   the Manager had said that there were problems
 4   in the past due to CD-to-CD Transfers?
 5            (Witness reviews the exhibit.)
 6        A.   I don't recall.
 7        Q.   Do you remember, at any point,
 8   knowing that other employees could figure out
 9   your scheme to embezzle?
10        A.   I don't recall.
11        Q.   Okay.  Please take a moment now
12   and look at Ryu Exhibit 87.
13            (Handed to the witness.)
14            MR. HARVEY:  Before I get to
15        there.
16        Q.   You know Irene Lee; right?
17        A.   Yes.
18        Q.   Irene Lee worked at the Bank with
19   you; is that correct?
20        A.   Yes.
21        Q.   Irene Lee was your friend?
22        A.   Yes.
23        Q.   And you used to have lunch with
24   her?
25        A.   Yes.
```

Page 183

```
                    M. CHON
 1
 2        Q.   And it was Irene Lee who called
 3   you on January 21, of 2014, and told you the
 4   bank had some questions about some
 5   transactions; right?
 6        A.   I don't recall.
 7        Q.   Well, you do recall that you --
 8   because we talked about it earlier -- that
 9   you had a meeting on the 22nd of January with
10   Irene Lee and Bo Young Lee; right?
11        A.   Yes.
12        Q.   Do you remember how that meeting
13   got setup?
14        A.   No, I do not recall.
15        Q.   Did you know that Irene Lee
16   talked to the FBI?
17        A.   No, I do not know.
18        Q.   This is an FBI memo that your
19   counsel -- that the FBI produced through your
20   counsel.
21            (Witness reviews the exhibit.)
22        Q.   It's purporting to say what Irene
23   Lee said to the FBI.
24            MR. YI:  Objection to the form.
25        Q.   And I'm going to ask you some
```

Page 184

```
                    M. CHON
 1
 2   questions about some of the statements in
 3   here that Irene Lee says that you said.
 4            MR. YI:  Objection to the form.
 5        Q.   So, on the first page, there's
 6   some highlighting at the bottom.
 7            (Witness reviews the exhibit.)
 8        Q.   And it begins with the words
 9   "Chon told Lee."
10            (Witness reviews the exhibit.)
11        Q.   Would you please read that?  You
12   might as well, please, just read the whole
13   paragraph, beginning with the words "in
14   January 2014," all the way through the end of
15   the paragraph, which is on page 2 of the
16   memo.
17            (Witness reviews the exhibit.)
18        Q.   Have you had a chance to read
19   that?
20        A.   Yes.
21        Q.   Okay.  So, on the first page it
22   says that -- well, first of all, do you
23   remember telling Irene Lee that you had
24   stolen the money from Bank Asiana by making
25   accounting changes in customers' CD Accounts
```

Page 185

```
                    M. CHON
 1
 2   and then taking cash out of the vault?
 3        A.   I don't recall.
 4        Q.   Do you acknowledge that that is
 5   true; that you did steal money from Bank
 6   Asiana by making accounting changes and
 7   taking cash out of the vault?
 8        A.   No.
 9        Q.   You didn't do that or you don't
10   remember?
11        A.   No, I do not understand the
12   question.
13        Q.   So, the question is:  Did you
14   steal money from Bank Asiana by making
15   accounting changes and then taking cash out
16   of the vault?
17        A.   I do not recall.
18        Q.   So, you don't recall whether --
19   do you recall whether you ever stole any
20   money from the Bank, at all?
21        A.   I do not recall.
22        Q.   Do you recall telling Irene Lee,
23   as it says here on the bottom of this
24   highlighting, that you learned how to
25   embezzle from your former supervisor?
```

```
                                              Page 186
 1              M. CHON
 2         (Witness reviews the exhibit.)
 3      A.   I do not recall.
 4      Q.   It says, in the memo that we're
 5   looking at, that this supervisor showed Chon
 6   how to make the accounting changes needed to
 7   take the cash out of the bank's vault
 8   undetected.
 9           Do you say that?
10           (Witness reviews the exhibit.)
11      A.   Yes.
12      Q.   Did you ever tell that to Irene
13   Lee or anyone?
14      A.   I do not recall.
15      Q.   Did that ever happen?  Did anyone
16   ever show you how to make accounting changes
17   to take cash out of the bank vault
18   undetected?
19      A.   I do not recall.
20      Q.   The next sentence says, "The
21   supervisor told Chon to embezzle the money
22   and then give it all to him."
23           Do you say that?
24           (Witness reviews the exhibit.)
25      A.   Yes.
```

```
                                              Page 187
 1              M. CHON
 2      Q.   Do you recall telling that to
 3   Irene Lee?
 4      A.   I do not recall.
 5      Q.   Do you recall telling that to
 6   anyone?
 7      A.   I do not recall.
 8      Q.   Did that happen?
 9      A.   I do not recall.
10      Q.   If you'd go to the next sentence,
11   where it says, "At first the supervisor said
12   he would only take 10,000 out for a short
13   time and then pay it all back."
14           (Witness reviews the exhibit.)
15      Q.   Do you see those words there?
16      A.   Yes.
17      Q.   Do you remember saying that to
18   Irene Lee or anyone?
19      A.   I do not recall.
20      Q.   Did that happen?
21      A.   I do not recall.
22      Q.   The next sentence says, "The
23   supervisor never paid the money back and he
24   demanded that Chon continue to give him
25   money."
```

```
                                              Page 188
 1              M. CHON
 2         (Witness reviews the exhibit.)
 3      Q.   Do you see those words?
 4      A.   Yes.
 5      Q.   Do you remember telling that to
 6   Irene Lee or anyone?
 7      A.   I do not recall.
 8      Q.   Did that happen?
 9      A.   I do not recall.
10      Q.   The next sentence says, "Chon
11   told Lee that she did not want to tell her
12   the name of her boss because he has
13   threatened her and she was afraid."
14           (Witness reviews the exhibit.)
15      Q.   Do you see those words?
16      A.   Yes.
17      Q.   Did you ever tell that to Irene
18   Lee or anyone?
19      A.   I do not recall.
20      Q.   Did that ever happen?
21      A.   I do not recall.
22      Q.   You recall that you had a meeting
23   with James Ryu, on or about January 30th, at
24   a diner in Fort Lee?
25      A.   I do not recall.
```

```
                                              Page 189
 1              M. CHON
 2      Q.   Do you recall ever being at a
 3   diner with James Ryu?
 4      A.   I do not recall.
 5      Q.   Do you ever recall carrying a bag
 6   that had either a video or an audio recording
 7   device in it, that was given to you by the
 8   FBI, to a meeting with James Ryu?
 9      A.   I do not recall.
10      Q.   Have you had anything happen to
11   you that has caused your memory to become
12   poor?
13      A.   I do not recall.
14      Q.   Are you on any medications that
15   would affect your ability to recall?
16      A.   No, I do not.
17      Q.   Is your memory -- have you
18   noticed that your memory is worse than it
19   used to be?
20      A.   Yes.
21      Q.   When did that happen?
22      A.   I do not know.
23      Q.   Are you still married to your
24   husband?
25      A.   Yes.
```

14 (Pages 186 to 189)

Page 190

M. CHON
Q. Have you spoken to anybody about today's deposition?
A. No.
Q. Did you know that you were going to be deposed today?
A. Yes.
Q. How did you know that?
A. How do I know?
Oh, the Office Counsellor told me.
Q. When was that?
A. I do not know.
Q. I'm going to hand you a document that has been marked as Ryu Exhibit 92.
(Handed to the witness.)
Q. Please take a moment to look at it.
(Witness reviews the exhibit.)
Q. Have you ever seen this document before?
A. No.
Q. Do you recognize any of the names on it?
(Witness reviews the exhibit.)

Page 191

M. CHON
A. I do not know. I do not, no.
Q. Do you remember ever talking to James Ryu on the telephone?
MR. YI: Objection; asked and answered.
A. I don't recall.
Q. Did you know that you were sued as a Defendant in this lawsuit by Wilshire Bank, which is now Bank of Hope?
A. Yes.
Q. And do you remember that you were sued initially in March, originally in March, of 2014?
A. I do not know the date. But I know.
Q. Do you recall that you denied, in your Answer to the Complaint, that you had engaged in embezzlement?
A. I do not recall.
Q. Do you remember that you pled guilty to the charges that were brought against you by the Federal Government and you did that in March, of 2016?
A. I don't recall.

Page 192

M. CHON
Q. When did you begin your incarceration in prison?
A. March.
Q. Of what year?
A. 2017.
Q. Do you have any idea where -- strike that. Withdraw that.
Did you file for bankruptcy?
A. Yes.
Q. When did you do that?
A. I do not know.
Q. What's the status of that bankruptcy?
A. I do not know.
Q. Did you ever use any Bank Inter-office Memos to transfer money to James Ryu?
MR. YI: Objection to the form.
A. I don't recall.
Q. Did James Ryu ever come to you, at the branch where you worked -- excuse me -- to receive funds from you?
A. I do not recall.
Q. Did you ever go to the branch or

Page 193

M. CHON
the office -- excuse me -- where he worked to give money to him?
A. I do not recall.
Q. Do you remember thinking that you might be caught and you were nervous?
MR. YI: Objection to the form.
A. I don't recall.
Q. Did you ever have a meeting with the FBI where they asked you what happened to the money?
A. I don't recall.
Q. Did you pay Matthew Jeon as your attorney in this matter, in this case?
A. Yes.
Q. Where did you get that money from?
A. I do not recall.
Q. Do you remember how much you paid him?
A. I do not recall.
Q. What money is your family living on today?
A. I do not know.
Q. You have two children; is that

15 (Pages 190 to 193)

```
                                                    Page 194
 1                M. CHON
 2     right?
 3         A.    Yes.
 4         Q.    How old are they?
 5         A.    Eleven and 4.
 6         Q.    And they live with your husband
 7     now?
 8         A.    (No response).
 9             MR. HARVEY:  We can take a break
10     now.
11             MR. JEON:  Thank you.
12             (Recess: 1:35 p.m.)
13                *    *    *
14             (Time noted:  1:39 p.m.)
15     EXAMINATION
16     BY MR. HARVEY:
17         Q.    The question is:  Your children
18     are living with your husband; isn't that
19     true?
20         A.    Yes.
21         Q.    Do you have any idea what funds
22     or what money they're living on?
23         A.    I do not know.
24         Q.    Is your husband working?
25         A.    Yes.
```

```
                                                    Page 195
 1                M. CHON
 2         Q.    Where does he work?
 3         A.    In our store.
 4         Q.    What "store" is that?
 5         A.    A deli store.
 6         Q.    Where's that deli store?
 7         A.    Monclair, New Jersey.
 8         Q.    Does it have a name?
 9         A.    Cafe Clair.
10         Q.    Does he have any other source of
11     income, other than working for or at Cafe
12     Clair?
13         A.    No.
14             MR. HARVEY:  Please mark these as
15     our next two exhibits.
16             (Ryu Exhibit 94, Cross-claim
17     Plaintiff Suk Joon Ryu's Combined Set of
18     Interrogatories and Document Requests as
19     to Cross-claim Defendant Miye Chon, so
20     marked for identification, as of this
21     date.)
22             (Ryu Exhibit 95, Defendant Miye
23     Chon's Response to Cross-claim Plaintiff
24     Suk Joon Ryu's Combined set of
25     Interrogatories and Document Requests,
```

```
                                                    Page 196
 1                M. CHON
 2     so marked for identification, as of
 3     this date.)
 4             (Handed to the Witness.)
 5         Q.    Ms. Chon, the Court Reporter has
 6     just put in front of you what has been marked
 7     as Ryu Exhibit 94 and Ryu Exhibit 95.
 8             Exhibit 94 is a series of
 9     questions that we've asked and 95 is your
10     Responses to those questions.
11             If you'd look at the very last
12     page of Exhibit 95, you'll see a signature
13     there.
14             (Witness reviews the exhibit.)
15         Q.    Is that your signature?
16         A.    Yes.
17         Q.    So, it appears that you provided,
18     you swore to the truth of these Answers that
19     were provided in Ryu Exhibit 95, which are
20     Answers to the questions in Ryu Exhibit 94.
21         A.    Yes.
22         Q.    Now I'd like to ask you about
23     your answer to Question No. 3.
24             (Witness reviews the exhibit.)
25         Q.    Now, do you see that the Question
```

```
                                                    Page 197
 1                M. CHON
 2     No. 3 asks you to describe when, where and
 3     how Mr. Ryu aided and abetted you to do such
 4     conduct; specifically, remove sums of cash
 5     from the vault.
 6             (Witness reviews the exhibit.)
 7         Q.    And you provided the Answer,
 8     which is on Ryu Exhibit 95, the Response to
 9     Interrogatory No. 3
10             (Witness reviews the exhibit.)
11         Q.    Do you see the words that are
12     written in there in response to Interrogatory
13     No. 3, Ms. Chon?
14         A.    Yes.
15         Q.    Those are the words that you
16     swore to, when you were signing it, were
17     truthful; correct?
18         A.    I do not recall.
19         Q.    Let me ask you some questions.
20             Was Mr. Ryu the Chief Operation
21     Officer of the Headquarters in Palisades
22     Park?
23             (Witness reviews the exhibit.)
24         A.    Yes.
25         Q.    And he supervised the Operation
```

Page 198

M. CHON

 1  Department in Headquarters and every branch.
 2      Is that true?
 3      (Witness reviews the exhibit.)
 4  A.  Yes.
 5  Q.  But there was a Manager at the
 6  branch who directly supervised you.
 7      Isn't that true?
 8  A.  I do not know.
 9  Q.  You don't know2 whether you had a
10  Branch Manager?
11  A.  There was.
12  Q.  And didn't that Branch Manager
13  directly supervise you?
14  A.  Yes.
15  Q.  And then the next sentence says,
16  "One day Mr. Ryu interrogated Defendant on
17  her task-related errors."
18      Do you see that?
19      (Witness reviews the exhibit.)
20  A.  Yes.
21  Q.  What are "task-related errors"?
22  A.  I do not recall.
23  Q.  Have you ever heard the phrase
24  "task-related errors"?

Page 199

M. CHON

 1  A.  I do not recall.
 2  Q.  The next part of that paragraph
 3  says that "Defendant was already under
 4  significant amount of distress associated
 5  with micro-aggression at the workplace."
 6      Do you see those words?
 7      (Witness reviews the exhibit.)
 8  A.  Yes.
 9  Q.  Do you know what you meant by
10  "micro-aggression at the workplace"?
11  A.  Yes.
12  Q.  What did you mean by that?
13  A.  I do not know.
14  Q.  I don't understand. I thought
15  you just said that you did understand what
16  that was.
17  A.  I don't know what this is about.
18  Q.  Do you remember anytime being in
19  a significant amount of distress at Bank
20  Asiana?
21  A.  I do not recall.
22  Q.  Do you remember ever being
23  terrified by the fear of losing your
24  position?

Page 200

M. CHON

 1  A.  I do not recall.
 2  Q.  The next sentence says, "In
 3  response, while comforting Defendant that he
 4  had the authority to rectify the errors,
 5  Mr. Ryu requested her to return the favor of
 6  sharing and securing funds for him."
 7      (Witness reviews the exhibit.)
 8  A.  I do not recall.
 9  Q.  And then the next sentence says,
10  "Mr. Ryu further assured Defendant promotion
11  and job security in exchange for the funds on
12  various dates."
13      Do you see that?
14      (Witness reviews the exhibit.)
15  A.  I do not recall.
16  Q.  Okay. If you'd please look at
17  the next one, which is the Response to
18  Interrogatory No. 4?
19      (Witness reviews the exhibit.).
20  Q.  Again, we have to look back at
21  the other document for the Question, which
22  was: "As alleged in the Plaintiff's
23  Complaint, did you divert portions of the
24  proceeds in the embezzlement to Ryu?

Page 201

M. CHON

 1  "If yes, describe in detail."
 2      (Witness reviews the exhibit.)
 3  Q.  And then you gave the Response to
 4  Interrogatory No. 4 that says. "Yes.
 5  Defendant hand-delivered money to Mr. Ryu
 6  regularly, using the occasions to meet him to
 7  submit documents for his review."
 8      (Witness reviews the exhibit.)
 9      MR. YI: I think there was a word
10  "usually using."
11      MR. HARVEY: I apologize. I
12  mis-spoke. I, maybe, mis-read it.
13  A.  I do not recall.
14  Q.  Is says that you used the
15  occasions to meet him to submit documents for
16  his review.
17      Did you ever go to his office,
18  when you worked at Bank Asiana, to submit
19  documents for review?
20  A.  I do not recall.
21  Q.  Do you ever recall going to his
22  office, at all?
23  A.  I've been there.
24  Q.  How many times?

Page 202

```
 1              M. CHON
 2      A.   I do not recall.
 3      Q.   And do you know why you went
 4   there?
 5      A.   I do not recall.
 6      Q.   Do you know what you did or said
 7   when you were there?
 8      A.   I do not recall.
 9      Q.   If you'd look at Answer No. 7?
10           The question was -- and you see
11   that in Ryu Exhibit 94 -- "As alleged in the
12   Plaintiff's Complaint, have you and Mr. Ryu
13   conspired together to perpetrate the
14   embezzlement?"
15           And then your answer was:  "Yes.
16   Refer to Interrogatory Response No. 3."
17           (Witness reviews the exhibit.)
18      Q.   And the question is:  Is it true,
19   your Answer to No. 7, is it true that, yes,
20   you and Mr. Ryu conspired together to
21   perpetrate the embezzlement?
22      A.   I do not know.
23      Q.   Why don't you know?
24      A.   I do not know.
25      Q.   Can you provide any answer as to
```

Page 203

```
 1              M. CHON
 2   why you do not know?
 3      A.   Would you please repeat the
 4   question again?
 5           MR. HARVEY:  Yes.
 6      Q.   I asked you whether this is true,
 7   this response to No 7, that says that -- it
 8   asks whether you and Mr. Ryu conspired
 9   together to perpetrate the embezzlement; and
10   you said, "I don't know whether that's true
11   or not."
12      A.   I was forced to.
13      Q.   Can you provide anymore
14   information, other than your statement that
15   you were forced to?
16      A.   I do not recall.
17           MR. HARVEY:  We're just about at
18   2:00 o'clock right now.  Mr. Jeon has to
19   conclude.
20           MR. JEON:  Yes.
21           MR. HARVEY:  He can't go past
22   2:00 today.
23           MR. JEON:  Yes.
24           MR. HARVEY:  It's a shame because
25   I, probably, could have finished this if
```

Page 204

```
 1              M. CHON
 2   we had another hour or an hour and 15
 3   minutes.
 4           MR. JEON:  Let me just make a
 5   phone call.
 6           MR. HARVEY:  Let's go on a break
 7   at this time.
 8           (Recess:  1:51 p.m.)
 9              *    *    *
10           (Time noted:  1:55 p.m.)
11           MR. HARVEY:  We have to come back
12   tomorrow.  There's nothing we can do
13   about that.
14           (Recess:  1:56 p.m.)
15              *    *    *
16
17           _____
18                MIYE CHON
19
20   Subscribed and sworn to before me
21   this _____ day of _____, 2018.
22
23   _____
24   (Notary Public)  MY COMMISSION EXPIRES:_____
25
```

Page 205

```
 1
 2              ACKNOWLEDGEMENT
 3
 4   STATE OF CONNECTICUT   )
 5                          : ss
 6   COUNTY OF FAIRFIELD    )
 7
 8
 9      I, MIYE CHON, hereby certify that I
10   have read the transcript of my testimony,
11   taken under oath, in my deposition on
12   March 14, 2015; that the transcript is a
13   true, complete and correct record of my
14   testimony; and, that the answers on the
15   record, as given by me, are true and
16   correct.
17
18         _____
19                MIYE CHON
20
21
22
23
24
25
```

```
                                          Page 206
 1
 2                 INDEX
 3
 4   WITNESS          EXAMINATION          PAGE
 5
 6   MIYE CHON        MR. HARVEY            5
 7
 8
 9                 EXHIBITS
10
11   FOR ID    DESCRIPTION           PAGE
12
13   RYU
14
15   EXHIBIT 85    Court Transcript    142, 144,
16                   15
17   EXHIBIT 86    FBI Record          142
18   EXHIBIT 87    FBI Record          142, 182
19   EXHIBIT 88    FBI Record          142, 162,
20                   164
21   EXHIBIT 89    FBI Record          142, 173,
22                   177, 181
23   EXHIBIT 90    Probation Report    142, 145,
24                   146, 165
25   EXHIBIT 91    USDC Consent Order  142
```

```
                                          Page 207
 1
 2   EXHIBIT 92    Loss Summary        142, 143,
 3                   190
 4   EXHIBIT 93    Cash Deposits & Loan  142
 5                   Payments
 6   EXHIBIT 94    Cross-claim Plaintiff  195
 7                   Suk Joon Ryu's Combined
 8                   Set of Interrogatories &
 9                   Document Requests for
10                   Defendant Miye Chon
11   EXHIBIT 95    Defendant Miye Chon's  195
12                   Response to Cross-claim
13                   Plaintiff Suk Jocn Ryu's
14                   Combined Set of
15                   Interrogatories & Document
16                   Requests
17
18
19   REQUESTS:    (None)
20
21
22          *      *      *
23
24
25
```

```
                                          Page 208
 1
 2              CERTIFICATE
 3
 4   STATE OF CONNECTICUT  )
 5                         : ss
 6   COUNTY OF FAIRFIELD   )
 7
 8        I, JOSEPH V. CONNOLLY, a Reporter
 9   and Notary Public, do hereby certify:
10        THAT MIYE CHON, the Witness whose
11   deposition is herein before set forth,
12   was duly sworn by me and that such
13   deposition is a true record of the
14   testimony given by such Witness.
15        I FURTHER CERTIFY that I am not
16   related to any of the parties to this
17   action by blood or marriage and that I am
18   in no way interested in the outcome of
19   this matter.
20        IN WITNESS WHEREOF, I have hereunto
21   set my hand this 27th day of March, 2018.
22
23
              _____
24            JOSEPH V. CONNOLLY
25            REGISTRATION NO. 01C06174436
```

```
                                          Page 209
 1   NAME OF CASE:
 2   DATE OF DEPOSITION:
 3   NAME OF WITNESS:
 4   Reason Codes:
 5     1. To clarify the record.
 6     2. To conform to the facts.
 7     3. To correct transcription errors.
 8   Page _____ Line _____ Reason _____
 9   From _____ to _____
10   Page _____ Line _____ Reason _____
11   From _____ to _____
12   Page _____ Line _____ Reason _____
13   From _____ to _____
14   Page _____ Line _____ Reason _____
15   From _____ to _____
16   Page _____ Line _____ Reason _____
17   From _____ to _____
18   Page _____ Line _____ Reason _____
19   From _____ to _____
20   Page _____ Line _____ Reason _____
21   From _____ to _____
22   Page _____ Line _____ Reason _____
23   From _____ to _____
24
                 _____
25              Signature of Deponent
```