## UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
50 WALNUT STREET, ROOM 2060
NEWARK, NJ 07102

April 12, 2022

## **LETTER ORDER**

Re:  **Ryu v. Bank of Hope**
     **Civil Action No. 19-18998 (JXN)**

Dear Counsel:

The telephone conference scheduled in this matter for **April 27, 2022 at 11:00 AM** is adjourned to **July 21, 2022 at 10:00 AM**.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　s/ James B. Clark, III
　　　　　　　　　　　　　　　　　　　　**JAMES B. CLARK, III**
　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**