## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| SUK JOON RYU, a/k/a James S. Ryu,<br><br>          **Plaintiff,**<br><br>     v.<br><br>BANK OF HOPE, as successor to Wilshire Bank,<br><br>          **Defendant.** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **CASE NO. 2:19-18998 (KM)(JBC)** |

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that Suk Joon Ryu AKA James S. Ryu, plaintiff in the

above-named action, hereby appeals to the United States Court of Appeals for the

Third Circuit from the final judgment entered in this action on July 25, 2022.

Respectfully submitted,

**STEVE HARVEY LAW LLC**

By: /s/ Stephen G. Harvey
Stephen G. Harvey
Michael E. Gehring*
STEVE HARVEY LAW LLC
1880 John F. Kennedy Blvd., Suite 1715
Philadelphia, PA 19103
(215) 438-6600
steve@steveharveylaw.com
mike@steveharveylaw.com

* *Admitted pro hac vice*

Dated: August 23, 2022

**STEVE HARVEY LAW LLC**
By:    Stephen G. Harvey
         Michael E. Gehring*
1880 John F. Kennedy Blvd.
Suite 1715
Philadelphia, PA 19103
(215) 438-6600

*Attorneys for Plaintiff, Suk Joon Ryu,*
*a/k/a James S. Ryu*
*\* Admitted pro hac vice*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **SUK JOON RYU, a/k/a James S. Ryu,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CASE NO. 2:19-18998 (JXN)(JBC)** |
| **v.** | : | |
| | : | |
| **BANK OF HOPE, as successor to Wilshire Bank,** | : | |
| | : | |
| **Defendant.** | : | |

### CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2022, I caused a true and correct copy of the

foregoing document to be electronically filed using the Court's Electronic Case Filing

System, where it is available for viewing and downloading by all counsel of record.

s/ Stephen G. Harvey
Stephen G. Harvey