# Steve Harvey Law LLC

Stephen G. Harvey
Attorney at Law
steve@steveharveylaw.com

October 31, 2022

**Via ECF**
William T. Walsh
Clerk of Court
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, New Jersey 07101

Re:   *Suk Joon Ryu a/k/a James S. Ryu v. Bank of Hope*
      No. 2:19-18998

Dear Mr. Walsh:

On August 23, 2022, a Notice of Appeal was filed in the above-referenced case. During the filing process, an error was made after payment was processed (ANJDC-13646768) but before the filing was submitted. My paralegal started the filing process again, resulting in another payment for the notice in the amount of $505.00 (ANJDC-13646829). I write to request a refund on the payment with Tracking ID number ANJDC-13646768. A copy of both e-receipts has been enclosed. Thank you very much for your attention to this matter.

Sincerely,

Stephen G. Harvey

Enclosures

**Shana Fallon**

---

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Tuesday, August 23, 2022 3:44 PM |
| **To:** | Steve Harvey |
| **Subject:** | Pay.gov Payment Confirmation: NEW JERSEY DISTRICT COURT |

This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Finance Department at (609) 989-0468.

  Account Number: 4182228
  Court: NEW JERSEY DISTRICT COURT
  Amount: $505.00
  Tracking Id: ANJDC-13646768
  Approval Code: 192731
  Card Number: ************3007
  Date/Time: 08/23/2022 03:43:50 ET

  Person Completing Transaction: Shana Fallon
  Attorney Name: Stephen G. Harvey
  Attorney Email: steve@steveharveylaw.com

NOTE: This is an automated message. Please do not reply

**Shana Fallon**

---

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Tuesday, August 23, 2022 3:48 PM |
| **To:** | Steve Harvey |
| **Subject:** | Pay.gov Payment Confirmation: NEW JERSEY DISTRICT COURT |

This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Finance Department at (609) 989-0468.

   Account Number: 4182228
   Court: NEW JERSEY DISTRICT COURT
   Amount: $505.00
   Tracking Id: ANJDC-13646829
   Approval Code: 107400
   Card Number: ************3007
   Date/Time: 08/23/2022 03:48:07 ET

   Person Completing Transaction: Shana Fallon
   Attorney Name: Stephen G. Harvey
   Attorney Email: steve@steveharveylaw.com

NOTE: This is an automated message. Please do not reply