UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| RYU | : | Civil Action No. 2:19-cv-18998-JXN-JBC |
| Plaintiff(s) | : | |
| v. | : | **CLERK'S ORDER** |
| BANK OF HOPE | : | |
| Defendant(s) | : | |

This matter having come before the Court upon the filing of a Notice of Appeal, filed on August 23, 2022 on behalf of Stephen G. Harvey, counsel for the plaintiff in the above-captioned matter, and it appearing that the pleading was electronically filed using the Court's CM/ECF filing system and the payment of filing fees made via **Pay.gov**; and it further appearing that:

☐    a.    An overpayment has been made by the filer; **OR**

☒    b.    A duplicate charge in Pay.gov occurred during the credit card/ACH processing; **OR**

☐    c.    A duplicate, identical a Notice of Appeal was filed more than once by the same attorney or the same law firm; **OR**

☐    d.    This filing does not require a filing fee; and for good cause shown;

IT IS on this 10th day of November 2022,

**ORDERED THAT**, the sum of $505.00 is refunded through **Pay.gov**.

WILLIAM T. WALSH, CLERK

By: *Theresa L. Burnett, Esq*
Theresa L. Burnett
Chief Deputy Clerk